REBECCA ARAGON, SBN 134496
raragon@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

JAMES A. BECERRA, SBN 308459
jbecerra@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
CARVANA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMMALEE KALIHER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-222<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE<br><br>**DECLARATION OF REBECCA ARAGON IN SUPPORT OF DEFENDANT CARVANA, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1332, 1441, & 1446]<br><br>Complaint Filed: October 13, 2021 (San Bernardino County Superior Court, Case No. CIVSB2129085) |

DECLARATION OF REBECCA
ARAGON ISO REMOVAL

# DECLARATION OF REBECCA ARAGON

I, Rebecca Aragon, declare as follows:

1. I am a shareholder with the law firm of Littler Mendelson, a Professional Corporation, attorneys for Defendant Carvana, LLC ("Defendant"), in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Central District of California and am one of the attorneys responsible for representing Defendant in this action. Except where otherwise indicated, I have personal knowledge of the following facts, and if called to testify, could and would competently testify thereto.

2. I make this declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court under 28 U.S.C. sections 1332, 1441 and 1446

3. On October 13, 2021, Plaintiff Emmalee Kaliher ("Plaintiff") filed a Class Action Complaint for Damages in the San Bernardino Superior Court, a true and correct copy of which is attached hereto as **Exhibit 1**.

4. On October 13, 2021, Plaintiff filed a Civil Case Cover Sheet, a true and correct copy of which is attached hereto as **Exhibit 2**.

5. On October 13, 2021, Plaintiff filed a Certificate of Assignment, a true and correct copy of which is attached hereto as **Exhibit 3**.

6. On November 19, 2021, the Clerk of the Superior Court issued a Summons, a true and correct copy of which is attached hereto as **Exhibit 4**.

7. On December 6, 2021, the Superior Court entered an Initial Case Management Conference Order, a true and correct copy of which is attached hereto as **Exhibit 5**.

8. On December 8, 2021, the Superior Court entered Guidelines for the Complex Litigation Program, a true and correct copy of which is attached hereto as **Exhibit 6**.

9. On December 15, 2021, Plaintiff transmitted to my office a Notice of Acknowledgment of Receipt, which included the aforementioned Exhibits 1 through 6.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF REBECCA ARAGON ISO REMOVAL   2

1  On January 4, 2022, my office executed and returned to Plaintiff the executed Notice
2  of Acknowledgment of Receipt via email.

3  10.   On February 2, 2022, Defendant filed and served an Answer to Plaintiff's
4  Complaint in the Superior Court, a true and correct copy of which is attached hereto as
5  **Exhibit 7**.  Defendant has not yet received a conformed copy of the Answer, nor is it
6  available for download yet from the Superior Court's website, and will supplement this
7  Notice of Removal when a conformed copy of the Answer becomes available.

8  11.   To Defendant's knowledge, no further process, pleadings, or orders related
9  to this case have been served by any party or filed in the Superior Court other than as
10 described above.  Attached hereto as **Exhibit 8** is a true and correct copy of the Superior
11 Court's docket to date reflecting all processes, pleadings, and orders served on
12 Defendant or filed with the Court in this action as of February 2, 2022, with the except
13 of Defendant's answer..

14 12.   On February 3, 2022 immediately following the filing of this Notice of
15 Removal, in the United States District Court for the Central District of California, I
16 made arrangements for notice of such filing to be given to Plaintiff's counsel of record,
17 and for a copy of the Notice of Removal to be filed with the Clerk of the San Bernardino
18 County Superior Court.

19 I hereby declare under penalty of perjury under the laws of the United States and
20 the State of California that the foregoing is true and correct.

21 Executed in Los Angeles, California, on this 3rd day of February, 2022.

*/s/ Rebecca Aragon*
REBECCA ARAGON

4874-7055-7190.1 / 103092-1028

DECLARATION OF REBECCA ARAGON ISO REMOVAL        3

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300