1  REBECCA ARAGON, SBN 134496
   raragon@littler.com
2  LITTLER MENDELSON, P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Fax No.:    213.443.4299
5
   JAMES A. BECERRA, SBN 308459
6  jbecerra@littler.com
   LITTLER MENDELSON, P.C.
7  2049 Century Park East,
   5th Floor
8  Los Angeles, California 90067
   Telephone: 310.553.0308
9  Fax No.:    310.553.5583

10 Attorneys for Defendant
   CARVANA, LLC
11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    EASTERN DIVISION

15

| | |
|---|---|
| 16 EMMALEE KALIHER, on behalf of herself and others similarly situated, | Case No. 5:22-cv-222 |
| 17 | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE |
|    Plaintiff, | |
| 18 | **DECLARATION OF MIA SINGER IN SUPPORT OF DEFENDANT CARVANA, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
|    v. | |
| 19 CARVANA, LLC and DOES 1 to 100, inclusive, | |
| 20 | |
|    Defendants. | |
| 21 | |
| 22 | [28 U.S.C. §§ 1332, 1441, & 1446] |
| 23 | |
| 24 | |
| 25 | Complaint Filed: October 13, 2021 (San Bernardino County Superior Court, Case No. CIVSB2129085) |
| 26 | |
| 27 | |
| 28 | |

DECLARATION OF MIA
SINGER ISO REMOVAL

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

## DECLARATION OF MIA SINGER

I, Mia Singer, declare as follows:

1. I am Senior Corporate Counsel for Carvana, LLC. I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth herein or know them in my capacity as an employee based on records that Carvana, LLC creates and maintains in the regular course of its business. If called as a witness, I could and would testify competently to the facts contained herein.

2. I make this declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court.

3. I am familiar with and have access to records regarding the entity structure for Carvana, LLC. Carvana, LLC is not a state, state official, or other governmental entity. Carvana, LLC is a limited liability company organized under the laws of the State of Arizona. Carvana, LLC maintains its principal places of business in Arizona, which is where its headquarters is located. Carvana, LLC's executive and administrative offices are also primarily located in Arizona.

I hereby declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in Phoenix, Arizona, on this 27th day of January, 2022.

MIA SINGER

4870-7098-4198.1 / 103092-1028

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF MIA SINGER ISO REMOVAL     2