REBECCA ARAGON, SBN 134496
raragon@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

JAMES A. BECERRA, SBN 308459
jbecerra@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East,
5th Floor
Los Angeles, California 90067
Telephone: 310.553.0308
Fax No.: 310.553.5583

Attorneys for Defendant
CARVANA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMMALEE KALIHER, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CARVANA, LLC and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. 5:22-cv-222<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE<br><br>**DECLARATION OF ROB SCHMITT IN SUPPORT OF DEFENDANT CARVANA, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>[28 U.S.C. §§ 1332, 1441, & 1446]<br><br>Complaint Filed: October 13, 2021 (San Bernardino County Superior Court, Case No. CIVSB2129085) |

DECLARATION OF ROB SCHMITT ISO REMOVAL

## DECLARATION OF ROB SCHMITT

I, Rob Schmitt, declare as follows:

1. I am Head of Total Reward for Carvana, LLC ("Carvana"). I am competent to testify, and make this declaration based on my personal knowledge of the facts set forth herein or know them in my capacity as an employee based on records that Carvana, LLC creates and maintains in the regular course of its business. If called as a witness, I could and would testify competently to the facts contained herein.

2. I make this declaration in support of Defendant's Notice of Removal of Civil Action to Federal Court.

3. In my role at Carvana, I am familiar with and have access to Carvana's human resources data, including employees' dates of employment, the number of individuals employed by Carvana, and employees' pay rates and hours worked, which is crated and kept in the regular course of Carvana's business.

4. I reviewed data pertaining to Carvana's employees that were classified as hourly, non-exempt and based in California as of December 21, 2021 or, if earlier, the date of their separation of employment. Based on this data, Carvana employed approximately no less than 874 employees from October 13, 2017 to December 21, 2021, collectively for approximately 28,242 weeks. Based on this data, the average hourly base rate of pay for current employees was approximately $19.99. Based on this data, from October 13, 2018 to December 21, 2021, approximately no less than 471 employees separated their employment with Carvana. Based on this data, from October 13, 2020 to December 21, 2021, Carvana employed approximately no less than 756 employees collectively for approximately 19,647 weeks. Carvana issues wage statements to hourly, non-exempt employees in California every other week.

5. Carvana employed Ms. Emmalee Kaliher. Ms. Kaliher's employment records with Carvana reflect that, at all relevant times, she provided a home address in California, and through her employment with Carvana, worked and was physically present at the job site in California.

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF ROB SCHMITT REMOVAL   2

I hereby declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in Scottsdale, Arizona, on this 28th day of January, 2022.

_____
ROB SCHMITT

4861-3316-4038.1 / 103092-1028

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

DECLARATION OF CLIENT ISO REMOVAL

3