Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Courtney M. Miller, Esq. (SBN 327850)
cmiller@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff
EMMALEE KALIHER

*Additional Counsel Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMALEE KALIHER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00222 JGB (SHKx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: 10/13/2021<br>Action Removed: 2/3/2022<br><br>Final Pretrial Conference: 7/24/2023<br><br>Jury Trial: 8/8/2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

**JOINT NOTICE OF SETTLEMENT**

1

Rebecca Aragon, Esq. (SBN 134496)
raragon@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: (213) 443-4300
Facsimile: (213) 443-4299

James A. Becerra, Esq. (SBN 308459)
jbecerra@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Fax No.: (310) 553-5583

Attorneys for Defendant
CARVANA, LLC

**TO THE HONORABLE COURT:**

Plaintiff EMMALEE KALIHER ("Plaintiff") and Defendant CARVANA, LLC ("Defendant") (Plaintiff and Defendant collectively, the "Parties") have reached an agreement to resolve this individual wage and hour action in its entirety.

The Parties are finalizing the settlement and intend to file a stipulation to dismiss within approximately 45 days.

As such, the Parties respectfully request that the Court vacate all dates in this matter, including but not limited to, those contained in the Civil Trial Scheduling Order (Dkt. 18) and the Order/Referral to ADR (Dkt. 19).

Dated: February 10, 2023

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By: /s/ Courtney M. Miller
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Courtney M. Miller, Esq.
Attorneys for Plaintiff
EMMALEE KALIHER

Dated: February 10, 2023

Respectfully submitted,
**LITTLER MENDELSON, P.C.**

By: /s/ James A. Becerra
Rebecca Aragon, Esq.
James A. Becerra, Esq.
Attorneys for Defendant
CARVANA, LLC

## **SIGNATURE ATTESTATION**

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 10, 2023          By:   /s/ Courtney M. Miller
                                        Courtney M. Miller, Esq.