Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Courtney M. Miller, Esq. (SBN 327850)
cmiller@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff
EMMALEE KALIHER

*Additional Counsel Next Page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMALEE KALIHER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARVANA, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-00222 JGB (SHKx)<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: 10/13/2021<br>Action Removed: 2/3/2022 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rebecca Aragon, Esq. (SBN 134496)
raragon@littler.com
**LITTLER MENDELSON, P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: (213) 443-4300
Facsimile: (213) 443-4299

James A. Becerra, Esq. (SBN 308459)
jbecerra@littler.com
**LITTLER MENDELSON, P.C.**
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Fax No.: (310) 553-5583

Attorneys for Defendant
CARVANA, LLC

**TO THE HONORABLE COURT:**

Plaintiff EMMALEE KALIHER ("Plaintiff") and Defendant CARVANA, LLC ("Defendant") (Plaintiff and Defendant collectively, the "Parties") by and through their respective counsel record, submit this Joint Status Report in response to the Scheduling Notice and Order dated February 14, 2023 (Dkt. 25).

As previously noted to the Court, the Parties have reached an agreement to resolve this individual wage and hour action in its entirety.

The Parties have been diligently working out the terms of the settlement and are nearly done finalizing it. The Parties intend to file a stipulation to dismiss within twenty-one (21) days after full execution of the settlement agreement.

As such, the Parties respectfully request that the Court continue the March 13, 2023, deadline set in the Scheduling Notice and Order dated February 14, 2023 (Dkt. 25) by thirty (30) days.

Dated: March 13, 2023

Respectfully submitted,
**LAVI & EBRAHIMIAN, LLP**

By:   /s/ Courtney M. Miller
Joseph Lavi, Esq.
Vincent C. Granberry, Esq.
Courtney M. Miller, Esq.
Attorneys for Plaintiff
EMMALEE KALIHER

Dated: March 13, 2023

Respectfully submitted,
**LITTLER MENDELSON, P.C.**

By:   /s/ James A. Becerra
Rebecca Aragon, Esq.
James A. Becerra, Esq.
Attorneys for Defendant
CARVANA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 13, 2023            By:    /s/ Courtney M. Miller
                                        Courtney M. Miller, Esq.