UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EMMALEE KALIHER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-00222-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL**<br><br>**[FED. R. CIV. PROC. 41(A)(1)(A)(II)]**<br><br>Complaint Filed: October 13, 2021 (San Bernardino County Superior Court, Case No. CIVSB2129085) |

ORDER

## ORDER

The Court has reviewed Plaintiff Emmalee Kaliher's ("Plaintiff") and Defendant Carvana, LLC's ("Defendant") (collectively, the "Parties") joint stipulation for dismissal with prejudice.

IT IS HEREBY ORDERED that Plaintiff's complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own respective attorneys' fees and costs incurred in this action.

IT IS SO ORDERED.

Dated: April 18, 2023

_____
HON. JESUS G. BERNAL

4863-0615-2541.1 / 103092-1028

ORDER

2